Mary K. Farrington-Lorch AZBN 009450
Law Office of Mary K. Farrington-Lorch
3930 E. Camelback Road
Suite 100
Phoenix, AZ 85018
Telephone: (602) 254-0249
Facsimile: (602) 926-8210
E-mail: MaryKFL@farringtonlorchlaw.com

Attorneys for Navient Solutions, LLC

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA
### Tucson Division

| | |
|---|---|
| In re:<br><br>CAROLYN NORRIS,<br><br>Debtor. | Bankr. Case No.: 4:23-bk-08748-SHG<br><br>Chapter 7 |
| CAROLYN NORRIS,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION and NAVIENT,<br><br>Defendant. | Adv. Proc. No.: 4:24-ap-00010-SHG<br><br>**NAVIENT SOLUTIONS, LLC'S ANSWER TO PLAINTIFF'S ATTESTATION OF DISCHARGE IN SUPPORT OF REQUEST FOR STIPULATION CONCEDING DISCHARGEABILITY OF STUDENT LOANS** |

Navient Solutions, LLC ("NSL"), on behalf of itself and named Defendant "Navient", by and through its undersigned counsel, hereby provides its Answer to the allegations of Plaintiff, Carolyn Norris ("Plaintiff")'s Attestation of Discharge in Support of Request for Stipulation Conceding Dischargeability of Student Loans ("Complaint"), and states as follows:

## Introductory Statement

NSL is a servicer of a guaranteed Student Loan, made under the Federal Family Education Loan Program ("FFELP"), on which Plaintiff is liable ("FFELP Loan"). The FFELP guarantor on Plaintiff's FFELP Loan is the Florida Office of Student Financial Assistance ("FOSFA"). The Code of Federal Regulations ("CFR"), 34 CFR 682.402, *et seq*, requires that, upon the filing of a Complaint seeking discharge in bankruptcy, all interests in FFELP loans, such as the Plaintiff's FFELP Loan identified herein, must be transferred to the FFELP guarantor (in this case, FOSFA), and the guarantor is responsible for defense of the loan(s) in the adversary proceeding. This transfer process is currently underway.

FFELP guarantors often re-assign FFELP loans involved in discharge proceedings to Educational Credit Management Corporation ("ECMC"), a specialized guarantor under the FFELP program, that specializes in accepting assignment of FFELP loans for the specific purpose of responding to Complaints seeking discharge on behalf of other FFELP guarantors. NSL expects that that either ECMC and/or FOSFA will seek to intervene as a defendant in this adversary proceeding, to defend the FFELP loan identified herein, once the transfer process is complete.

NSL has no authority to litigate the discharge of Plaintiff's FFELP Loan. NSL intends to await the intervention of FOSFA and/or ECMC, to defend the FFELP Loan at issue, and then seek dismissal of itself from this adversary proceeding as a disinterested defendant, by stipulation if possible, or if necessary, by motion to the Court.

**Answer to Allegations in the Complaint**

## I. PERSONAL INFORMATION

1.-9. At this time, NSL is without information or knowledge sufficient to form a belief as to the truth of the averments contained within these paragraphs of Plaintiff's Complaint and, therefore, denies same.

## II. CURRENT INCOME AND EXPENSES

10. This paragraph of Plaintiff's Complaint contains conclusions of law, to which no responses are required, but in an abundance of caution, are denied. To the extent that any portion of this paragraph of Plaintiff's Complaint contains allegation(s) of fact, such allegations are similarly denied.

11.-17. At this time, NSL is without information or knowledge sufficient to form a belief as to the truth of the averments contained within these paragraphs of Plaintiff's Complaint and, therefore, denies same.

## III. FUTURE INABILITY TO REPAY STUDENT LOANS

18.-19. These paragraphs of Plaintiff's Complaint contain conclusions of law, to which no responses are required, but in an abundance of caution, are denied. To the extent that any portion of these paragraphs of Plaintiff's Complaint contain allegation(s) of fact, such allegations are similarly denied.

## IV. PRIOR EFFORTS TO REPAY LOANS

20. This paragraph of Plaintiff's Complaint contains conclusions of law, to which no responses are required, but in an abundance of caution, are denied. To the extent that any portion

of this paragraph of Plaintiff's Complaint contains allegation(s) of fact, such allegations are similarly denied.

21.-26. At this time, NSL is without information or knowledge sufficient to form a belief as to the truth of the averments contained within these paragraphs of Plaintiff's Complaint and, therefore, denies same.

## V. CURRENT ASSETS

27.-31. At this time, NSL is without information or knowledge sufficient to form a belief as to the truth of the averments contained within these paragraphs of Plaintiff's Complaint and, therefore, denies same.

## VI. ADDITIONAL CIRCUMSTANCES

32. This paragraph of Plaintiff's Complaint contains conclusions of law and/or requests for relief, to which no answers are required, but in an abundance of caution, are denied. As to any averments contained within this paragraph of Plaintiff's Complaint that could be considered a statement of fact, NSL is without information or knowledge sufficient to form a belief as to the truth of the averments contained within this paragraph of Plaintiff's Complaint and, therefore, denies same.

## **AFFIRMATIVE DEFENSES**

Ineffective Service of Process.

WHEREFORE, Navient Solutions, LLC respectfully requests judgment in its favor and against Plaintiff and such other relief as is just and equitable.

Respectfully submitted,

By: /s/ Mary K. Farrington-Lorch
Mary K. Farrington-Lorch  AZBN 009450
Law Office of Mary K. Farrington-Lorch
3930 E. Camelback Road
Suite 100
Phoenix, AZ 85018
Telephone: (602) 254-0249
Facsimile: (602) 926-8210
E-mail: MaryKFL@farringtonlorchlaw.com
Attorneys for Navient Solutions, LLC

Copy of the foregoing mailed
this day 14th of February, 2024, to:

Carolyn Norris
5775 S. Saddle Ridge Lane
Tucson, AZ 85746
Plaintiff, *pro se*

By: /s/ Mary K. Farrington-Lorch
Mary K. Farrington-Lorch