# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>Ralph Munoz,<br><br>         Debtor,<br>———————————————<br>Ralph Munoz,<br><br>         Plaintiff,<br><br>v.<br><br>United States Department of Education.<br><br>         Defendants. | In Proceedings Under Chapter 7<br><br>Bankruptcy No. 2:23-bk-00460-BKM<br>Adversary No. 2:23-ap-00137-BKM<br><br><br>**ORDER DISCHARGING<br>STUDENT LOANS** |

    Upon the Court's consideration of the *Stipulation to Resolve Adversary Proceeding* (the "Stipulation") (Doc. 26), wherein Plaintiff Ralph Munoz (Plaintiff) and the United States Department of Education (Department) have stipulated that Plaintiff completed an Attestation under penalty of perjury and provided information in support of the Attestation, demonstrating that he could not maintain a minimal standard of living and repay the student loans held by the Department, that his unfortunate financial condition was likely to continue for a substantial portion of the repayment period, and that he made a good faith attempt to pay the student loans held by the Department, that he therefore established "undue hardship" within the meaning of 11 U.S.C. § 523(a)(8)(B) and that he is entitled to discharge of the student loans held by the Department, and for good cause appearing;

IT IS ORDERED approving the Stipulation, whereunder the Plaintiff's student loans held by the United States Department of Education are hereby discharged.

IT IS FURTHER ORDERED that this adversary proceeding is terminated.

IT IS FURTHER ORDERED that the scheduling conference set for September 11, 2024 at 11:00 a.m. is hereby vacated.

DATED AND SIGNED ABOVE